United States District Court
Southern District of Texas
**ENTERED**
January 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ABS-CBN CORPORATION, *et al.* § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:19-cv-00397 |
| § | |
| ANTHONY BROWN § | |
| § | |
| § | |
| Defendant. § | |

## **ORDER**

Before the Court is the plaintiffs' motion for substitute service on the defendant, Anthony Brown. Dkt. 6. After reviewing the motion, evidence attached in support, and applicable law, the Court is of the opinion that the plaintiffs' motion should be **GRANTED**. *See id.*; Dkt. 7; Fed. R. Civ. P. 4(e); Tex. R. Civ. P. 106(b).

Accordingly, the Court **ORDERS** that service on Brown be effected by the following method. First, the plaintiffs must attempt to make a reasonable effort to leave a copy of the service package—(i) the summons; (ii) original complaint and exhibits; (iii) civil cover sheet; (iv) order for conference and disclosure of interested parties; (v) the plaintiffs' corporate disclosure statement; (vi) Judge Andrew Edison's Court Procedures; and (vii) this order granting substitute service—with a person over the age of 16 at Brown's residence, located at 16301 Wimberly Lane, Rosharon, Texas 77583. If the plaintiffs are unable to effect service in this method, the plaintiffs are authorized to affix the service

package to the door of Brown's residence or, alternatively, the front gate of the residence if the process server is unable to access the property.

SIGNED at Galveston, Texas on this 2nd day of January 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE