**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **ABS-CBN CORPORATION, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **CASE NO.  3:19-cv-00397** |
| | § | |
| **ANTHONY BROWN,** | § | |
| | § | |
| **Defendant.** | § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION TO VACATE OR SET ASIDE DEFAULT JUDGMENT AND
MEMORANDUM OF LAW IN SUPPORT**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiffs ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International (collectively, "ABS-CBN" or "Plaintiffs") file Appendix in Support of Plaintiffs' Response to Defendant's Motion to Vacate or Set Aside Default Judgment and Memorandum of Law in Support.

Exhibit A:   Declaration of Steven M. Abbott

Exhibit 1:  Return Receipt & USPS Tracking Results for Notice of Setting, et al. Received at Wimberly Lane Location on 12/07/20

(*date of execution, signature block, and certificate of service are on the following page*)

1

Dated: April 23, 2021

Respectfully submitted,

BY:  s/Steven M. Abbott
      Steven M. Abbott
      State Bar No. 00797825
  Federal I.D. No. 9027
Attorney-in-charge for Plaintiffs
510 Bering Drive, Suite 300
Houston, Texas 77057
Telephone: (713) 467-1669
Facsimile:  (713) 467-4936
E-mail: abbottsteven@hotmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of April, 2021, a true and correct copy of the above and foregoing document was duly served upon the Defendant through his counsel, Anissah Andang, a known user of the Court's ECF system, through the electronic filing of this document.

              s/Steven M. Abbott
              Steven M. Abbott