United States District Court
Southern District of Texas
**ENTERED**
April 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ABS-CBN CORPORATION, *ET AL.*, § § *Plaintiffs*, § VS. § ANTHONY BROWN; aka TONY § BROWN; aka ANN ONG; dba 1700 § CUTS TECHNOLOGY; aka LIFE § FOR GREATNESS, § § *Defendants*. § | CIVIL ACTION NO. 3:19-CV-397 |

## **ORDER**

Before the court is the plaintiff's motion for leave to exceed the page limit for its response to the defendant's motion to vacate. Dkt. 33. That motion is granted. Accordingly, the plaintiff has leave to file its 31-page response.

Signed on Galveston Island on the 26th day of April, 2021.

_____
Jeffrey Vincent Brown
United States District Judge