United States District Court
Southern District of Texas
**ENTERED**
June 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ABS-CBN CORPORATION, ET AL, | § § § § | |
| *Plaintiffs*, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-397 |
| | § | |
| ANTHONY BROWN; AKA TONY BROWN; AKA ANN ONG; DBA 1700 CUTS TECHNOLOGY; AKA LIFE FOR GREATNESS, | § § § § § | |
| *Defendants*. | § § | |

## MEDIATION ORDER

The court hereby orders the parties in this case to submit to and participate in a settlement conference before United States Magistrate Judge Andrew M. Edison. There will be no cost to either party, and the conference will be conducted over Zoom. Each party is ordered to participate in good faith and to include a representative at the conference who has full authority to negotiate a settlement. The conference must be completed by July 1, 2021. The parties should contact Judge Edison's case manager, William Bostic, to schedule the conference.

Signed on Galveston Island on the 1st day of June, 2021.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE