# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

ABS–CBN Corporation, et al.

v.                                           Case Number: 3:19–cv–00397

Anthony Brown

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 7/8/2021

**TIME:** 12:00 PM

**TYPE OF PROCEEDING:** Settlement Conference

Date:   June 10, 2021                                                                    Nathan Ochsner, Clerk