UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

ABS–CBN Corporation, et al.

v.   Case Number: 3:19–cv–00397

Anthony Brown

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/24/2021

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Settlement Conference

Date:   September 2, 2021

Nathan Ochsner, Clerk