**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| ABS−CBN Corporation, et al. | § | |
| | § | |
| *versus* | § | Case Number: 3:19−cv−00397 |
| | § | |
| Anthony Brown | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Mediation Conference

    Date and Time: 9/24/2021 at 1:00 PM

Date: September 23, 2021

                                                        Nathan Ochsner, Clerk